AO 120 (Rev. 08/10)

| | |
|---|---|
| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court    Eastern District of Virginia, Richmond Division    on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:17cv480 | DATE FILED<br>June 30, 2017 | U.S. DISTRICT COURT<br>Eastern District of Virginia, Richmond Division |
|---|---|---|
| PLAINTIFF<br><br>THE KROGER CO., and<br>THE KROGER CO. OF MICHIGAN | | DEFENDANT<br><br>LIDL US, LLC and<br>LIDL STIFTUNG & CO. KG |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | Reg. No. 2685492 | 2/11/2003 | The Kroger Co. |
| 2 | Reg. No. 2740565 | 7/22/2003 | The Kroger Co. |
| 3 | Reg. No. 2821350 | 3/9/2004 | The Kroger Co. |
| 4 | Reg. No. 3023783 | 12/6/2005 | The Kroger Co. |
| 5 | Reg. No. 4254353 | 12/4/2012 | The Kroger Co. |
| 6. | Reg. No. 4260842 | 12/18/2012 | The Kroger Co. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Fernando Galindo | (BY) DEPUTY CLERK<br>C. Coleman | DATE<br>June 30, 2017 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy