IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE KROGER CO.
and THE KROGER CO. OF MICHIGAN,
          Plaintiffs,

v.

Civil Action No. 3:17-cv-00480-JAG

LIDL US, LLC,
and LIDL STIFTUNG & CO. KG,
          Defendants.

## FINAL ORDER

On September 7, 2017, the parties filed a stipulation of dismissal pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii). (Dk. No. 49.) The Court acknowledges this voluntary

dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: September 12, 2017
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge